BANKS *v.* WAINWRIGHT, CORRECTIONS
DIRECTOR.

No. 76, Misc.   Decided October 21, 1963.

Petitioner *pro se.*

*Richard W. Ervin,* Attorney General of Florida, and
*A. G. Spicola, Jr.,* Assistant Attorney General, for
respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and
the petition for a writ of certiorari are granted.   The
judgment is vacated and the case is remanded to the
Supreme Court of Florida for further consideration in
light of *Gideon* v. *Wainwright,* 372 U. S. 335.

MR. JUSTICE DOUGLAS and MR. JUSTICE CLARK dissent
for the reason that the judgment rests on an adequate
state ground.